# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY BOYD, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 8:16CV511<br>) |
| AMERICAN BLUE RIBBON HOLDINGS, d/b/a Village Inn, | ) Removed from the District Court<br>) of Lancaster County<br>) Case No.: D02CI160003641 |
| Defendant. | ) |

## AGREED ORDER REMANDING MATTER TO STATE COURT

The plaintiff filed a Motion to Remand (Filing No. 4) this matter to the District Court of Lancaster County, Nebraska on November 18, 2016. The removing defendant, having no objection and agreeing to the same, the Court finds that said motion is well taken and should be granted.

**IT IS ORDERED:**

The plaintiff's Motion to Remand (Filing No. 4) is hereby Granted. A certified copy of this Order of Remand shall be mailed by the Clerk of this Court to the District Court of Lancaster County.

SIGNED THIS 1st day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge